**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
**Fax (410) 962-1812**

April 27, 2020

LETTER TO COUNSEL

RE: *US Wind, Inc. v. Intermoor, Inc.*,
Civil No. SAG-19-2984

*US Wind, Inc. v. US Wind Met Mast Tower, et al.*,
Civil No. SAG-20-975

Dear Counsel:

The Court has approved Intermoor's request to withdraw its Motion to Dismiss. *See* ECF 31. Accordingly, a Motions hearing will not be necessary at this time. Nonetheless, the Court will hold a telephonic status conference at the previously-agreed upon date and time: **April 30, 2020 at 2 pm.**

This letter is docketed in both the *US Wind v. Intermoor* action (#19-2984) and the *US Wind v. US Wind Met Mast Tower, et al.*, action (#20-975), which was recently transferred to this Court from the United States District Court for the Eastern District of North Carolina. The status conference will pertain to both cases, because the Court would like input from all parties on how the two lawsuits should proceed — namely, whether the cases should be addressed in a particular sequence, or if they can proceed concurrently.

The dial-in information for the status conference is below:

Phone Number: (877) 336-1280

Passcode: 8324569

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge